■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANNA PACHECO, Appellant. [960 NYS2d 641]—Judgment, Supreme Court, New York County (Juan M. Merchan, J.), rendered March 21, 2011, convicting defendant, after a jury trial, of robbery in the first degree, robbery in the second degree (two counts), burglary in the first degree (two counts) and assault in the second

degree, and sentencing her to an aggregate term of 10 years, unanimously affirmed.

The court correctly denied defendant's request for an intoxication charge (*see* Penal Law § 15.25). There was insufficient evidence, even when viewed in the light most favorable to defendant, for a reasonable person to entertain a doubt as to the element of intent on the basis of intoxication (*see People v Perry*, 61 NY2d 849 [1984]; *People v McCray*, 56 AD3d 359 [1st Dept 2008], *lv denied* 12 NY3d 760 [2009]; *People v Manning*, 1 AD3d 241, 241 [1st Dept 2003], *lv denied* 1 NY3d 630 [2004]).

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We find the sentence not to be excessive. Concur—Andrias, J.P., Friedman, DeGrasse, Freedman and Abdus-Salaam, JJ.